UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 19-0029 (RC) |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's February 25, 2019, Minute Order, the Parties respectfully submit the following joint status report and proposed schedule. This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 and the Federal Declaratory Judgment Act ("FDJA"), 28 U.S.C. §§ 2201 and 2202. It involves a FOIA request submitted by the Washington Lawyers' Committee dated June 11, 2018, to the U.S. Department of Housing and Urban Development ("HUD") seeking records related to the "demolition and disposition approval of HUD provided to the District of Columbia Housing Authority on January 20, 2017 . . . for the Barry Farm Dwellings." HUD has completed its searches in all but one location that may have potentially responsive records and has begun processing the results it has received so far. HUD further states that its searches have so far revealed approximately 40 pages of responsive documents that were submitted to it by another party. HUD has provided notice to that submitter, but cannot at this time estimate how long the process of obtaining and determining the sufficiency of any objection by the submitter will take.

The parties have been able to meet and confer and provide the following information:

HUD has agreed to make its first release of responsive documents by March 22, 2019. HUD further agrees to make releases on a rolling basis as it processes the results of the searches.

In light of that information, the Parties propose filing a joint status report in 30 days, on April 11, 2019, to inform the Court of the status of the document processing and production and any issues that may arise in the interim. The Parties respectfully request that the Court defer setting a briefing schedule for dispositive motions at this time. This will allow Defendant time to release the records to Plaintiff and, once all the releases have been made, for the Parties to determine what, if any, outstanding issues may remain.

Dated: March 12, 2019

/s/ Joseph Edmondson
Joseph Edmondson, D.C. Bar No. 433885
Olivia S. Singelmann, D.C. Bar No. 1016299
Hayley K. Wells, D.C. Bar No. 1049128
Foley & Lardner LLP
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
Telephone: (202) 672-5300
Fax: (202) 672-5399
jedmondson@foley.com
osingelmann@foley.com
hwells@foley.com

*Attorneys for Plaintiff Washington Lawyers' Committee for Civil Rights and Urban Affairs*

Respectfully submitted,

JESSIE K. LIU,
D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN,
D.C. Bar No. 924092
Chief, Civil Division

By: /s/ Denise M. Clark
DENISE M. CLARK,
D.C. Bar No. 479149
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-6605
Denise.Clark@usdoj.gov

*Attorney for Defendant*