UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:19-00029 (RC) |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's October 4, 2019, Minute Order, the Parties respectfully submit the following joint status report. This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and the Federal Declaratory Judgment Act ("FDJA"), 28 U.S.C. §§ 2201 and 2202. It involves a FOIA request submitted by the Washington Lawyers' Committee dated June 11, 2018, to the U.S. Department of Housing and Urban Development ("HUD") seeking records related to the "demolition and disposition approval of HUD provided to the District of Columbia Housing Authority on January 20, 2017 . . . for the Barry Farm Dwellings." HUD has completed all of its searches. HUD further states that its searches have revealed approximately 849 pages of responsive documents.

HUD made its first release of 34 responsive pages on March 27, 2019. Although HUD anticipated making its second release on April 30, HUD actually made a final release of 290 pages on May 7, 2019. HUD withheld financial information, including material and labor cost estimates

and unit prices under Exemption 4 of FOIA. HUD further withheld the names, personal email addresses and telephone numbers of tenants pursuant to Exemption 6.

Thereafter, Plaintiff raised certain questions about HUD's responses. As a result, HUD conducted a more focused query of the program office. Despite its previous representation that the production was "final," HUD provided Plaintiff with a supplemental response on July 3, 2019 of 31 pages, and a final supplemental response on July 19, 2019, totaling 394 pages, which on its own was larger than the March 27 and May 7, 2019 productions combined. HUD withheld cell phone numbers under FOIA Exemption 6 and portions of internal emails discussing tentative agency actions pursuant to the deliberative process privilege under FOIA Exemption 5. Plaintiff has reviewed HUD's supplemental responses and the parties are discussing the terms upon which this FOIA action will be dismissed without prejudice.

In light of the current posture of the case, the Parties need more time to confer and propose to file either file a FRCP 41(a)(2) stipulation of dismissal without prejudice for entry by the Court, or a joint status report if an agreement cannot be reached, within 30 days of the filing of this joint status report. The Parties respectfully request that the Court defer setting a briefing schedule for dispositive motions at this time.

Dated: November 4, 2019

Respectfully submitted,

/s/ Joseph Edmondson
Joseph Edmondson, D.C. Bar No. 433885
Olivia S. Singelmann, D.C. Bar No. 1016299
Foley & Lardner LLP
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
Telephone: (202) 672-5300
Fax: (202) 672-5399
jedmondson@foley.com
osingelmann@foley.com

*Attorneys for Plaintiff Washington*

JESSIE K. LIU
D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar No. 924092
Chief, Civil Division

By: /s/ Denise M. Clark
DENISE M. CLARK
D.C. Bar No. 479149
Assistant United States Attorney

| | |
|---|---|
| *Lawyers' Committee for Civil Rights and Urban Affairs* | 555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-6605<br>Denise.Clark@usdoj.gov<br><br>*Attorney for Defendant* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 19-0029 (RC) |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) | |
| Defendant. | ) ) | |

### [PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report, and the entire record herein, it is hereby **ORDERED** that the parties' FRCP 41(a)(2) stipulation, or in the alternative, Joint Status Report, is due on Monday, December 4, 2019.

It is **SO ORDERED** this _____ day of _____, 2019.

_____
RUDOLPH CONTRERAS
UNITED STATES DISTRICT COURT JUDGE